IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00286–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KALIN DELAINE STOVALL,

      Defendant.

## AMENDED ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **February 20, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is January 19, 2007.  All responses shall be filed by January 26, 2007.  A hearing on the motions, if necessary, is set for **February 2, 2007**, at 9:00 o'clock a.m.   It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 9:00 o'clock a.m. on Friday, **February 9, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>February 7, 2007</u>.

Dated: September 18, 2006