IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 06-cr-00286-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KALIN DELAINE STOVALL,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. In my prior position as an assistant United States attorney in the U.S. Attorney's Office for the District of Colorado, I represented the United States at the sentencing hearing in this matter. As a result, pursuant to 28 U.S.C. § 455(b)(3), I must recuse myself from this case. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    DATED December 22, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge